[No. 14884-6-II.    Division Two.    June 13, 1994.]

FRED BERG, ET AL, *Respondents*, v. BILL BIRHANZL, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-2-03243-8, Thomas L. Lodge, J., entered March 15, 1991.*Affirmed* by unpublished opinion per Alexander, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 15024-7-II.    Division Two.    June 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK DAVID HATFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00234-7, John N. Skimas, J., entered May 6, 1991. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 15414-5-II.    Division Two.    June 13, 1994.]

JOHN A. SHOEMAKER, *Appellant*, v. PAMELA J. RUSHING, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 79-3-01488-1, Karen B. Conoley, J., entered September 27, 1991. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Seinfeld, A.C.J., and Houghton, J.

[Nos. 15021-2-II; 15112-0-II.    Division Two.    June 13, 1994.]

CYNTHIA LANE, ET AL, *Respondents*, v. DALIN CORPORATION, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Pierce County, No. 90-2-03820-9, Rosanne Buckner, J., entered May 3 and 31, 1991. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Morgan, C.J., and Houghton, J.